AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-169 |
| Angelo Pacheco | ) | Assigned To: Magistrate Judge Zia M. Faruqui |
| | ) | Assign. Date: 7/14/2023 |
| | ) | Description: Complaint with Arrest Warrant |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Angelo Pacheco_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds;
18 U.S.C. §§ 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly Conduct in a Capitol Building;
40 U.S.C. §§ 5104(e)(2)(G) Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 07/14/2023

*Issuing officer's signature*
2023.07.14 12:30:19 -04'00'

City and state:   Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 7/14/23, and the person was arrested on *(date)* 7/17/23 at *(city and state)* Kansas City, MO. | | |
| Date: 7/17/23 | | *Arresting officer's signature* |
| | | SA Simon Golob |
| | | *Printed name and title* |